STEPHEN H. TURNER, SB# 89627
  E-Mail: turner@lbbslaw.com
CORINNE DEVEZA, SB# 226969
  E-Mail: deveza@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Defendants, Creditors Interchange, Robert O'Dowd (erroneously sued at "Mr. Odell," and Matt Thompson

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sarah M. Owens, | CASE NO. 06-CV2597-WQH(RBB) |
| Plaintiff, | **[Proposed] Order Granting Telephonic Appearance** |
| v. | |
| Creditor's Interchange, Mr. Odell, Matt Thompson, and Chase Manhattan Bank, | Date: February 2, 2007 |
| Defendant. | Time: 10:00 AM |

IT IS HEREBY ORDERED, pursuant to Local Rule of Court L.R. 16.5-6(c) that Defendants' authorized representative is permitted to appear telephonically at the Early Neutral Evaluation Conference scheduled for February 2, 2007 at 10 a.m.

Date: January 29, 2007

_____
Magistrate Judge of the District Court

4812-0885-1969.1

-1-

[PROPOSED] ORDER GRANTING TELEPHONIC APPEARANCE