LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sarah M. Owens,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Creditor's Interchange, Mr. Odell, Matt Thompson, and Chase Manhattan Bank,<br><br>　　　　Defendant. | CASE NO. 06-CV2597-WQH(RBB)<br><br>**ORDER GRANTING JOINT EX PARTE APPLICATION REQUESTING THAT DISCOVERY CUT-OFF AND MANDATORY SETTLEMENT CONFERENCE BE CONTINUED** |

　　　　IT IS HEREBY ORDERED, (1) The discovery deadline is extended to November 15, 2007; (2) The Settlement Conference set for October 17, 2007, is vacated and continued until November 21, 2007, at 10:00 a.m.; (3) Defendants' designation of experts is continued to October 15, 2007; (4) All rebuttal designation of experts are due by November 7, 2007.

Date: September 18, 2007

　　　　　　　　　　　　　　　　　　　　　_/s/ Ruben Brooks_
　　　　　　　　　　　　　　　　　　　　　Magistrate Judge of the District Court