MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OWENS v. CREDITOR'S INTERCHANGE                 Case No. 06cv2597 WQH(RBB)
                                                **Time Spent:  46 mins.**

HON. RUBEN B. BROOKS   CT. DEPUTY VICKY LEE   Rptr. CD No. 1: 9:59:02-10:29:57

                            Attorneys
        Plaintiffs                              Defendants

Joshua Swigart (present)              Stephen Turner (present)
Robert Hyde (present)                 Todd Stevens
                                      Patrik Johansson (present)

PROCEEDINGS:    ___  In Chambers    x  In Court    ___ Telephonic

A hearing was held on Plaintiff's Motion for Attorney Fees and Costs Pursuant to Fed. R. Civ. P. 30(g)(2) [doc. no. 34].

For the reasons stated on the record, the Motion is granted. Defendants shall reimburse Plaintiff's counsel for attorneys' fees in the amount of $11,796.75, and costs in the amount of $784.74, for a total of $12,581.49.

A settlement conference is set for January 17, 2008, at 2:00 p.m.

**All parties and counsel shall be present at the conference in Judge Brooks's chambers, 940 Front Street, Room 1185.  Parties other than individuals shall bring a non-lawyer representative with complete authority to enter into a binding settlement and a claims adjuster, if appropriate.**

DATED: December 10, 2007      IT IS SO ORDERED:   _/s/ Ruben Brooks_
                                                  Ruben B. Brooks,
                                                  U.S. Magistrate Judge
cc: Judge Hayes                              INITIALS: VL (mq/irc) Deputy
    All Parties of Record